UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-20522-LEIBOWITZ/ELFENBEIN

VICTOR PORFIRIO BALOA DIAZ and
PORFI MUSIC, LLC,

    *Plaintiffs*,

v.

EDI KORTA, LLC, *et al.*,

    *Defendants*.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to File Amended Complaint (the "Motion") [ECF No. 38], filed on August 23, 2024. Plaintiff seeks leave to file an Amended Complaint "to cure certain defects that the Court found in its Order Adopting Magistrate's Report and Recommendation." [ECF No. 38 at 1]. Rule 15 of the Federal Rules of Civil Procedure allows amendment of a pleading "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Here, no Defendant has filed any opposition to this Motion, and the deadline to do so has passed. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 38**] is **GRANTED.** Plaintiff may file an Amended Complaint **no later than Friday, September 20, 2024.** After filing the Amended Complaint, Plaintiff must immediately serve a copy of the summons and Amended Complaint on all Defendants.

**DONE AND ORDERED** in the Southern District of Florida on September 11, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record