**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-20522-LEIBOWITZ/ELFENBEIN**

**VICTOR PORFIRIO BALOA DIAZ**
**and PORFI MUSIC, LLC,**

*Plaintiffs,*

*v.*

**EDI KORTA, LLC, *et al.*,**

*Defendants.*
_______________________________________/

## VERDICT FORM – PHASE ONE

## I. COPYRIGHT – OWNERSHIP

**1) Have Plaintiffs proven by a preponderance of the evidence that Plaintiff Baloa was the author or creator of the sound recordings listed below?**

a. Reclamando Nuestro Espacio Answer **YES** or **NO**: YES

b. Persona Ideal Answer **YES** or **NO**: YES

c. La Misma Pluma Answer **YES** or **NO**: YES

d. Ahora Mas Que Nunca Answer **YES** or **NO**: YES

e. Búscame Answer **YES** or **NO**: YES

f. Sellos De Mi ADN Answer **YES** or **NO**: YES

*If you answered "NO" to all of the above, SKIP to Question 5. Otherwise proceed to Question 2.*

**2) Have <u>Plaintiffs</u> proven by a preponderance of the evidence that Plaintiff Baloa or Porfi Music, LLC owned a valid copyright in the sound recordings listed below in June of 2021?**

a. Reclamando Nuestro Espacio Answer **YES** or **NO**: YES

b. Persona Ideal Answer **YES** or **NO**: YES

c. La Misma Pluma Answer **YES** or **NO**: YES

d. Ahora Mas Que Nunca Answer **YES** or **NO**: YES

e. Búscame Answer **YES** or **NO**: YES

f. Sellos De Mi ADN Answer **YES** or **NO**: YES

*If you answered "NO" to all of the above, SKIP to Question 5. Otherwise proceed to Question 3.*

**3) Have Defendants proven by a preponderance of the evidence that Producciones Korta Records C.A. was the author or creator of the sound recordings listed below?**

a. Reclamando Nuestro Espacio Answer **YES** or **NO**: NO

b. Persona Ideal Answer **YES** or **NO**: NO

c. La Misma Pluma Answer **YES** or **NO**: NO

d. Ahora Mas Que Nunca Answer **YES** or **NO**: NO

e. Búscame Answer **YES** or **NO**: NO

f. Sellos De Mi ADN Answer **YES** or **NO**: NO

**4) Have <u>Defendants</u> proven by a preponderance of the evidence that Defendant Korta Records Co. owned a valid copyright in or had a license to exploit the sound recordings listed below in June of 2021?**

a. Reclamando Nuestro Espacio Answer **YES** or **NO**: YES

b. Persona Ideal Answer **YES** or **NO**: YES

c. La Misma Pluma Answer **YES** or **NO**: YES

d. Ahora Mas Que Nunca Answer **YES** or **NO**: NO

e. Búscame Answer **YES** or **NO**: NO

f. Sellos De Mi ADN Answer **YES** or **NO**: NO

## II. TRADEMARK – OWNERSHIP

**5) Have <u>Defendants</u> proven by a preponderance of the evidence that Defendant Korta Records Co. owns the following Trademarks?**

a. ADOLESCENT'S ORQUESTA (Registration No. 3,953,941)

Answer **YES** or **NO**: YES

b. ADOLESCENTES ORQUESTA (Registration No. 6,959,131)

Answer **YES** or **NO**: NO

*If you answered "NO" to all of the above, your deliberations in this case are complete. Skip the remaining question and have your foreperson sign and date this verdict form.*

**6) Have <u>Plaintiffs</u> proven by a preponderance of the evidence that Defendants Korta Records Co. knew or should have known about Porfi Baloa's use of the trademark PORFI BALOA Y SUS ADOLESCENTES in connection with musical entertainment services since before February 2020?**

Answer **YES** or **NO**: YES

**SO SAY WE ALL.**

**FOREPERSON OF THE JURY**

**Dated:** 10/23/26